IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISAAC TUCKER,                          :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :     3:17-CV-1848
                                       :     (JUDGE MARIANI)
MICHAEL PETRUZZI, et al.,              :
                                       :
        Defendants.                    :

## ORDER

AND NOW, THIS _30th_ DAY OF _July_, 2018, upon review of

Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 21) for clear error

or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 21) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss (Doc. 15) is **GRANTED** with respect to Count IV of the

    Amended Complaint, and **DENIED in all other respects**.


_____
Robert D. Mariani
United States District Judge